IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02829-WJM-MJW

MARIO MONSERRAT PEÑA GUTIERREZ,

Plaintiff,

v.

BIJOU HILL DAIRY, INC., a Colorado corporation,
JUDY C. PEARSON, and
LARRY A. PEARSON,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 22) is GRANTED finding good cause shown.  The written Stipulation and Protective Order (docket no. 22-1) is APPROVED as amended in paragraphs 11 and 12 and made an Order of Court.

Date: January 29, 2013