**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-2829-WJM-MJW

MARIO MONSERRAT PEÑA GUTIERREZ

       Plaintiff,

v.

BIJOU HILL DAIRY, INC., a Colorado corporation,
JUDY C. PEARSON, and
LARRY A. PEARSON

       Defendants.

---

**ORDER GRANTING JOINT MOTION FOR
ADMINISTRATIVE CLOSURE OF THE ACTION**

---

       This matter comes before the Court on the Parties' Joint Motion for Administrative Closure of the Action (ECF No. 26) filed May 3, 2013.  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

       The Parties' Joint Motion is GRANTED.  Pursuant to D.C.COLO.LCivR 41.2 the Court hereby ORDERS that the above-captioned case be ADMINISTRATIVELY CLOSED.  The parties may later seek to reopen this case for good cause shown for a period of one year from the date of this Order, after which time, if the action has not been reopened, the Court shall, upon its own initiative, dismiss the action with prejudice.

       It is FURTHER ORDERED that the Court shall retain jurisdiction over this action, including the parties' settlement agreement, for a period of one year from the date of this Order.

Dated this 6th day of May, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge