**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 12-cv-2829-WJM-WJM

MARIO MONSERRAT PEÑA GUTIERREZ

      Plaintiff,

v.

BIJOU HILL DAIRY, INC., a Colorado Corporation,
JUDY C. PEARSON, and
LARRY A. PEARSON

      Defendants.

---

**ORDER**

---

This matter comes before the Court on the Parties' Stipulation of Dismissal with Prejudice filed December 11, 2013 (ECF No. 28).  The Court having reviewed the Stipulation and being fully advised hereby ORDERS as follows:

Pursuant to the Parties' Stipulation of Dismissal the above-captioned matter is DISMISSED WITH PREJUDICE.  Each party shall pay his, her or its own attorney's fees and costs.

Dated this 12th day of December, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge